# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0698
LT Case Nos. 2017-CF-1394
2016-CF-3737
2017-CF-1452

———————————————

JOSE DOLORES NIEVES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Matthew R. McLain, McLain Law, P.A., Longwood, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


August 22, 2023

PER CURIAM.

AFFIRMED.


MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---